IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE DERRICK PAINTER,**<br><br>Plaintiff,<br><br>v.<br><br>**LEROY D. BACA, et al.,,**<br><br>Defendants. | NO. 1: 04 CV 6435 REC DLB P<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Dennis L. Beck |

Defendants E. Alameida, Jr., S. Hubbard, B. Day, R. Dreith, R. Zenz, E. Brooks, M. Pickett, D. Gransee, S. Suryadevara, S. Endriss, E. Reeves, J. White, F. Wilson, D. Crabtree, D. Huddleston, G. Mitchell, Z. Graves Cooper, I. Ollison and C. Goodlow (Defendants) have applied for an extension of time to respond to Plaintiff's complaint.  Good cause appearing,

IT IS HEREBY ORDERED that the time in which Defendants may respond to Plaintiff's complaint is extended to June 20, 2005.

IT IS SO ORDERED.

**Dated:   May 2, 2005**             /s/ Dennis L. Beck
3b142a                    UNITED STATES MAGISTRATE JUDGE

Case No. CV F-04-6435 REC DLB P

1