UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE DERRICK PAINTER, | ) | CV F- 04- 6435 REC DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' |
| v. | ) ) | MOTION TO COMPEL [DOC 20] |
| LEROY BACA, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

Plaintiff filed this action in the Central District of California on January 2, 2004. On January 7, 2004, the Court ordered plaintiff to serve the defendants within 120 days and on May 14, 2004, defendants filed a Motion to Sever and Transfer the case to the Eastern District of California. Defendants' motion was granted on October 4, 2004 and on October 8, 2004, the documents were transmitted to this Court. Defendants filed an answer to the complaint on March 2, 2006. On November 3, 2006, defendants filed a motion to compel plaintiff's attendance at a properly noticed deposition. In the motion, defendants contend that plaintiff failed to appear for her deposition on October 5, 2006 and has failed to contact defense counsel. Defendants request an order compelling plaintiff to attend a deposition in Sacramento, California and to extend the discovery cut-off date 30

1 days beyond the Court's ruling on the motion to compel.

2    Plaintiff is HEREBY ORDERED to file a response to defendants' motion to compel within
3 10 days of this order.

4    IT IS SO ORDERED.

5    Dated:  **November 7, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE