IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LEE DERRICK PAINTER,**<br><br>                                    Plaintiff,<br><br>    v.<br><br>**LEROY D. BACA, et al.,**<br><br>                                    Defendants. | 1:04-cv-06435 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO COMPEL PLAINTIFF'S ATTENDANCE AT DEPOSITION** |

   Good cause appearing, Defendants ex parte motion to compel Plaintiff's attendance at her deposition is granted. Plaintiff is hereby ordered to attend her deposition pursuant to a deposition notice which Defendants' counsel will serve within one week of this order. The deposition will take place at the Attorney General's Office, located at 1300 I Street, Sacramento, California, at a date and time to be specified in the forthcoming deposition notice.

   IT IS SO ORDERED.

   Dated:   **December 5, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                                 UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1