1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   LEE D. PAINTER,                      1:04-cv-06435-LJO DLB-P

12               Plaintiff,         **ORDER ADOPTING FINDINGS AND**
                                    **RECOMMENDATION**
13   vs.
                                    **ORDER DISMISSING ACTION**
14   LEROY BACA, et al.,

15               Defendants.
     _____/
16

17        Plaintiff, a state prisoner proceeding pro se and in forma

18   pauperis, has filed this civil rights action seeking relief under

19   42 U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21   Rule 72-302.

22        On January 28, 2008, the Magistrate Judge filed Findings and

23   a Recommendation herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendation were to be filed within thirty (30) days.  To

26   date, plaintiff has not filed objections to the Magistrate

27   Judge's Findings and Recommendation.

28        In accordance with the provisions of 28 U.S.C.

                                    1

§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed January 28, 2008, are ADOPTED IN FULL; and,

2.   This action is DISMISSED based on plaintiff's failure to prosecute this action.

IT IS SO ORDERED.

**Dated:    March 4, 2008**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE